**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: CATALAN, ALBERTO | § | Case No. 17-50138-PMB |
| CATALAN, CARON HEGARTY | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/03/2017. The undersigned trustee was appointed on 01/03/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of             $        443,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 208,011.78 |
| Administrative expenses | 17,319.24 |
| Bank service fees | 1,201.48 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]         $ | 216,467.50 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/15/2017 and the deadline for filing governmental claims was 07/02/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $25,400.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $25,400.00, for a total compensation of $25,400.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $82.01 for total expenses of $82.01[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/25/2019                    By: /s/ S. Gregory Hays
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 17-50138-PMB |
| --- | --- |
| Case Name: | CATALAN, ALBERTO |
| | CATALAN, CARON HEGARTY |
| For Period Ending: | 04/25/2019 |

| Trustee Name: | (300320) S. Gregory Hays |
| --- | --- |
| Date Filed (f) or Converted (c): | 01/03/2017 (f) |
| § 341(a) Meeting Date: | 01/31/2017 |
| Claims Bar Date: | 05/15/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 3000 Ashbury Court, Woodstock, GA 30189<br>Per the Consent Order entered in adversary # 17-5296-pmb [Dkt #15], the security interest of the first mortgage is avoided in the property. Trustee sold the equity (after consideration of exemptions and cost to sell) in the Property to the Debtors per Order (Dkt # 53). | 182,000.00 | 0.00 | | 173,000.00 | FA |
| 2 | 2368 Bynum Road, Atlanta, GA 30319-0000<br>Property sold per Order, Docket # 36. | 250,000.00 | 52,715.00 | | 270,000.00 | FA |
| 3 | 1999 Dodge Durango, 250,000 miles.<br>Notice of Abandonment filed on 2/10/17, docket # 23. | 184.00 | 0.00 | OA | 0.00 | FA |
| 4 | 1998 Ford Taurus, 150000 miles, This car was purchased by and used by their son. However, it is still titled in debtor's name..<br>Notice of Abandonment filed on 2/10/17, docket # 23. | 291.00 | 0.00 | OA | 0.00 | FA |
| 5 | 2014 Dodge Caravan, 75000 miles.<br>Notice of Abandonment filed on 2/10/17, docket # 23. | 9,514.00 | 0.00 | OA | 0.00 | FA |
| 6 | sofas; table & chairs; six beds; 3 tv's; 1 xbox; 1 laptop | 2,885.00 | 0.00 | | 0.00 | FA |
| 7 | Books and CDs | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Man's and woman's clothing | 610.00 | 0.00 | | 0.00 | FA |
| 9 | wedding/engagement rings; costume jewelry | 350.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 11 | Renesant Checking Account | 176.44 | 0.00 | | 0.00 | FA |
| 12 | Renesant Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Interest in an education IRA under 26 USC 530(b)(1) held for the benefit of their children. | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 14 | Income Tax Refund: Federal | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 | Term life insurance policy with no cash surrender value. | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Restaurant Equipment: printer;<br>Computer (2012); computer screen; dishes, pots & pans; and 10 high chairs. | 515.00 | 515.00 | | 0.00 | FA |
| 17 | Four Sewing Machines for sewing business. | 300.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

Case No.: 17-50138-PMB
Case Name: CATALAN, ALBERTO
CATALAN, CARON HEGARTY

For Period Ending: 04/25/2019

Trustee Name: (300320) S. Gregory Hays
Date Filed (f) or Converted (c): 01/03/2017 (f)
§ 341(a) Meeting Date: 01/31/2017
Claims Bar Date: 05/15/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | The Catalan Group, LLC<br>Each party owns a 1/3 interest in LLC that operated restaurant that closed in June 2016. Third owner, Decorative Design Packaging Ltd. | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Decorative Design Packaging. | Unknown | 0.00 | | 0.00 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$452,965.44** | **$57,230.00** | | **$443,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** 06/30/2019     **Current Projected Date Of Final Report (TFR):** 02/27/2019 (Actual)

| | |
|---|---|
| 04/25/2019 | /s/S. Gregory Hays |
| Date | S. Gregory Hays |

UST Form 101-7-TFR (5/1/2011)

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 17-50138-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | CATALAN, ALBERTO<br>CATALAN, CARON HEGARTY | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******7500 Checking |
| Taxpayer ID #: | **-***3140 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 04/25/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/16/17 | | Campbell & Brannon (BRS Better Homes, Buyer) | Sale of 2368 Bynum Road Per Order [Doc. No. 36] | | 44,784.35 | | 44,784.35 |
| | {2} | BRS Better Neighborhoods, Inc | Sale of 2368 Bynum Road Per Order [Doc. No. 36]  $270,000.00 | 1110-000 | | | 44,784.35 |
| | | Bank of America | First Mortgage Payoff per order, doc. no. 36  -$208,011.78 | 4110-000 | | | 44,784.35 |
| | | Keller Williams and Owners dot com | Real Estate Commission paid per order, doc. no. 36.  -$16,200.00 | 3510-000 | | | 44,784.35 |
| | | Dekalb County | 2017 Prorata Real Property Taxes paid per order, doc. n. 36.  -$961.48 | 2820-000 | | | 44,784.35 |
| | | Dekalb County Water | Water bill paid per order, doc. no. 36.  -$42.39 | 2500-000 | | | 44,784.35 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.05 | 44,754.30 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.07 | 44,694.23 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 70.71 | 44,623.52 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.18 | 44,559.34 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.95 | 44,497.39 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 70.40 | 44,426.99 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.77 | 44,365.22 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 68.06 | 44,297.16 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 63.71 | 44,233.45 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.50 | 44,171.95 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 69.88 | 44,102.07 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 59.20 | 44,042.87 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 63.34 | 43,979.53 |
| | | | Page Subtotals: | | $44,784.35 | $804.82 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 17-50138-PMB | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | CATALAN, ALBERTO<br>CATALAN, CARON HEGARTY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***3140 | Account #: | ******7500 Checking |
| For Period Ending: | 04/25/2019 | Blanket Bond (per case limit): | $30,203,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 61.14 | 43,918.39 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 69.49 | 43,848.90 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 60.96 | 43,787.94 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 67.18 | 43,720.76 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.98 | 43,655.78 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.48 | 43,622.30 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.43 | 43,582.87 |
| 12/10/18 | {1} | Alberto Catalan and Carol Catalan | Deposit on purchase of property. Per Trustee's Motion for Authority to Sell Property (Dkt #50). | 1110-000 | 5,000.00 | | 48,582.87 |
| 01/18/19 | | Campbell & Brannon IOLTA (Alberto & Caron Catalan, Purchasers) | Sale of 3000 Ashbury Ct, Kennesaw per Order, Dkt # 53. Price includes credit for exemptions. | | 167,884.63 | | 216,467.50 |
| | {1} | Alberto Catalan and Caron Catalan | Balance of purchase price per Order, Dkt # 53<br><br>$168,000.00 | 1110-000 | | | 216,467.50 |
| | | Cherokee County Tax Commissioner | Seller's prorata share of 2019 property taxes paid per Order, Dkt # 53.<br><br>-$115.37 | 2820-000 | | | 216,467.50 |
| | | **COLUMN TOTALS** | | | 217,668.98 | 1,201.48 | $216,467.50 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 217,668.98 | 1,201.48 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$217,668.98** | **$1,201.48** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B

Page: 3

## Cash Receipts And Disbursements Record

**Case No.:** 17-50138-PMB  
**Case Name:** CATALAN, ALBERTO  
CATALAN, CARON HEGARTY  
**Taxpayer ID #:** **-***3140  
**For Period Ending:** 04/25/2019  

**Trustee Name:** S. Gregory Hays (300320)  
**Bank Name:** Rabobank, N.A.  
**Account #:** ******7500 Checking  
**Blanket Bond (per case limit):** $30,203,000.00  
**Separate Bond (if applicable):** N/A  

|  |  |
|---|---:|
| Net Receipts: | $217,668.98 |
| Plus Gross Adjustments: | $225,331.02 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $443,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7500 Checking | $217,668.98 | $1,201.48 | $216,467.50 |
|  | **$217,668.98** | **$1,201.48** | **$216,467.50** |

04/25/2019  
Date

/s/S. Gregory Hays  
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

Case: 17-50138-PMB          ALBERTO CATALAN AND CARON HEGARTY

Claims Bar Date: 05/15/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 8 | Cherokee County Tax Commission<br>2780 Marietta Highway<br>Canton, GA 30114<br><4700-000 Real Property Tax Liens (pre-petition)><br>, 100 | Secured<br>09/21/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Claim filed as $2,822.84 secured claim. Claim withdrawn per POC # 8-2 and docket # 57. Taxes have been paid. | | | | | |
| 8-2 | Cherokee County Tax Commission<br>2780 Marietta Highway<br>Canton, GA 30114<br><4700-000 Real Property Tax Liens (pre-petition)><br>, 100 | Secured<br>09/21/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Claim withdrawn as taxes paid by mortgage holder. Claim also withdrawn per Doc. No. 57. | | | | | |
| ADM1 | S. Gregory Hays<br>2964 Peachtree Road NW, Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>02/04/19 | | $25,400.00<br>$25,400.00 | $0.00 | $25,400.00 |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Road NW, Ste. 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>02/04/19 | | $82.01<br>$82.01 | $0.00 | $82.01 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>02/04/19 | | $63,158.00<br>$63,158.00 | $0.00 | $63,158.00 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>02/04/19 | | $1,149.08<br>$1,149.08 | $0.00 | $1,149.08 |

UST Form 101-7-TFR (5/1/2011)

Page: 2

# Exhibit C

## Analysis of Claims Register

Case: 17-50138-PMB    ALBERTO CATALAN AND CARON HEGARTY

Claims Bar Date: 05/15/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM5 | Clerk, United States Bankruptcy Court<br>1340 Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br><2700-000 Clerk of the Court Fees><br>, 200<br>Per docket # 58. | Administrative<br>02/07/19 | | $350.00<br>$350.00 | $0.00 | $350.00 |
| 2 | IRS<br>P.O. Box 7317<br>Philadelphia, PA 19101-7317<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570<br>Filed for $1,079.80 priority. Amended/replaced by POC # 2-2. | Priority<br>03/01/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | CHEROKEE CO FIRE EMG SVC<br>C/O LIFELINE BILLING<br>N2930 STATE RD 22<br>WAUTOMA, WI 54982<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>02/23/17 | | $342.57<br>$342.57 | $0.00 | $342.57 |
| 2-2 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Amends/replaces POC # 2-1.  $0.00 owed. | Unsecured<br>03/01/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 3 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/14/17 | | $35,469.23<br>$35,469.23 | $0.00 | $35,469.23 |
| 4 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/17/17 | | $2,204.72<br>$2,204.72 | $0.00 | $2,204.72 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

Case: 17-50138-PMB          ALBERTO CATALAN AND CARON HEGARTY

Claims Bar Date: 05/15/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | TD Retail Card Services<br>c/o Creditors Bankruptcy Serv<br>P.O. Box 800849<br>Dallas, TX 75380<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>04/25/17 | | $720.36<br>$720.36 | $0.00 | $720.36 |
| 6 | Decorative Design Packaging Limited<br>c/o Peter Hegarty<br>Embach Lodge, Crossatehin<br>Virginia, Co. Cavan Ireland,<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/03/17 | | $600,000.00<br>$600,000.00 | $0.00 | $600,000.00 |
| 7 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>05/09/17 | | $2,506.07<br>$2,506.07 | $0.00 | $2,506.07 |
| 9 | Wells Fargo Bank, N.A.<br>Christopher M. Porterfield Diment Porterfield LLP<br>412 Adamson Square<br>Carrollton, GA 30117<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610<br>Secured interest in real property resolved in adversary # 17-5296. See docket # 15 and 16 of adversary. | Unsecured<br>09/11/18 | | $141,868.34<br>$141,868.34 | $0.00 | $141,868.34 |

Case Total:          $0.00          $873,250.38

UST Form 101-7-TFR (5/1/2011)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-50138-PMB
Case Name: ALBERTO CATALAN AND CARON HEGARTY CATALAN
Trustee Name: S. Gregory Hays

**Balance on hand:**  $            216,467.50

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Cherokee County Tax Commission | 0.00 | 0.00 | 0.00 | 0.00 |
| 8-2 | Cherokee County Tax Commission | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $            0.00
Remaining balance:  $            216,467.50

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 25,400.00 | 0.00 | 25,400.00 |
| Charges, U.S. Bankruptcy Court | 350.00 | 0.00 | 350.00 |
| Trustee, Expenses - S. Gregory Hays | 82.01 | 0.00 | 82.01 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 63,158.00 | 0.00 | 63,158.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 1,149.08 | 0.00 | 1,149.08 |

Total to be paid for chapter 7 administrative expenses:  $            90,139.09
Remaining balance:  $            126,328.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $            0.00
Remaining balance:  $            126,328.41

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | IRS | 0.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 126,328.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $783,111.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CHEROKEE CO FIRE EMG SVC | 342.57 | 0.00 | 55.26 |
| 2-2 | IRS | 0.00 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 35,469.23 | 0.00 | 5,721.76 |
| 4 | American Express Bank, FSB | 2,204.72 | 0.00 | 355.66 |
| 5 | TD Retail Card Services | 720.36 | 0.00 | 116.21 |
| 6 | Decorative Design Packaging Limited | 600,000.00 | 0.00 | 96,789.62 |
| 7 | Synchrony Bank | 2,506.07 | 0.00 | 404.27 |
| 9 | Wells Fargo Bank, N.A. | 141,868.34 | 0.00 | 22,885.63 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 126,328.41 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)